UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

UNITED STATES OF AMERICA

v.

RONALD OSTROM

Case No. 24-8022

### ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for: Ronald Ostrom, Appellant/Petitioner, in the above-captioned case(s).

| | |
|---|---|
| Timothy J. Blatt | Samuel P. Krone |
| Name of Counsel | Name of Counsel |
| /s/ *Timothy J. Blatt* | /s/ *Samuel P. Krone* |
| Signature of Counsel | Signature of Counsel |
| P.O. Box 220 | P.O. Box 2481 |
| Cody, Wyoming 82414 | Cody, Wyoming 82414 |
| 307-578-7281 | 307-578-6721 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| tim.blatt@blattlawfirm.com | sam.krone@wyo.gov |
| E-Mail Address | E-Mail Address |

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

____    The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

__X__   There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

April 8, 2024
_____
Date

/s/ *Samuel P. Krone*                            /s/ *Timothy J. Blatt*

_____                          _____
Signature                                        Signature

---

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

  __X__ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case;

April 8, 2024
_____
Date

/s/ *Samuel P. Krone*

_____
Samuel P. Krone